The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| STEPHANIE LLOYD-AGNEW, | Case No. 2:17-cv-01524-RSL |
|---|---|
| Plaintiff, | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | AND ~~PROPOSED~~ ORDER |
| THE BOEING COMPANY, a Delaware corporation, | **NOTE FOR MOTION: October 18, 2017** |
| Defendant. | |

## STIPULATION

The Parties file this stipulated motion pursuant to LCR 7(d)(1) and LCR 10(g) to extend the deadline for Defendant The Boeing Company to respond to Plaintiff Stephanie Lloyd-Agnew's Complaint, which was removed to this Court on October 12, 2017. (Dkt. #1-2). Defendant's responsive pleading to the Complaint currently is due on October 19, 2017.

The Parties have met and conferred regarding the Complaint. Plaintiff has agreed to file a First Amended Complaint on or before October 27, 2017, which is after the deadline for Defendant to file its responsive pleading in this action. Accordingly, the Parties agree that Defendant shall have 14 days from the date of filing of the First Amended Complaint to file its responsive pleading in this action. The Parties agree that Defendant does not waive any legal rights it may have, including but not limited to responding to the original Complaint in any manner permitted by law.

STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT - 2:17-CV-01524-RSL - 1

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

ACTIVE\51484468.v1-10/18/17

IT IS SO STIPULATED.

DATED this 18th day of October, 2017.

| OWEN LAW GROUP PLLC | FOX ROTHSCHILD LLP |
|---|---|
| s/Vanessa M. Vanderbrug (with permission) | s/Laurence A. Shapero |
| Vanessa M. Vanderbrug, WSBA No. 31688 | Laurence A. Shapero, WSBA #31301 |
| James N. Owen WSBA No. 28247 | Fox Rothschild LLP |
| OWEN LAW GROUP PLLC | 1001 Fourth Avenue, Suite 4500 |
| 1001 Fourth Avenue, Suite 3200 | Seattle, WA 98154 |
| Seattle, WA 98154 | Phone: 206-624-3600 |
| Phone: 206-467-1400 | Fax: 206-389-1708 |
| Fax: 206-299-9328 | Email: lshapero@foxrothschild.com |
| Email: vanessa@owenvanderbrug.com | rhowie@foxrothschild.com |
| james@owenvanderbrug.com | |
| *Attorneys for Plaintiff Stephanie Lloyd-Agnew* | *Attorneys for Defendant The Boeing Company* |

STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT - 2:17-CV-01524-RSL - 2

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

ACTIVE\51484468.v1-10/18/17

## [PROPOSED] ORDER

The stipulation of the parties is hereby entered. The due date for Defendant to file a response in this case is extended to 14 days after the filing of the First Amended Complaint.

IT IS SO ORDERED this 19th day of October, 2017

_____
The Honorable Robert S. Lasnik

Presented By:

FOX ROTHSCHILD LLP

*/s/Laurence A. Shapero*
Laurence A. Shapero, WSBA #31301
*Attorneys for Defendant*

OWEN LAW GROUP PLLC

*s/Vanessa M. Vanderbrug (with permission)*
Vanessa M. Vanderbrug, WSBA No. 31688
James N. Owen WSBA No. 28247
*Attorneys for Plaintiff Stephanie Lloyd-Agnew*

STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT - 2:17-CV-01524-RSL - 3

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

ACTIVE\51484468.v1-10/18/17