The Honorable Robert S. Lasnik

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 9 STEPHANIE LLOYD-AGNEW, | Case No. 2:17-cv-01524-RSL |
| 10             Plaintiff, | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
| 11 | |
| 12    v. | **AND ~~PROPOSED~~ ORDER** |
| 13 THE BOEING COMPANY, a Delaware corporation, | **NOTE FOR MOTION: February 5, 2018** |
| 14             Defendant. | |

15 **<u>STIPULATION</u>**

16     The Parties file this stipulated motion pursuant to LCR 7(d)(1) and LCR 10(g) to extend

17 the deadline for Defendant The Boeing Company ("Boeing") to respond to Plaintiff Stephanie

18 Lloyd-Agnew's ("Agnew") First Amended Complaint ("FAC"), which was filed on January 21,

19 2018. (Dkt. #14).

20     Boeing's responsive pleading to the FAC currently is due on February 5, 2018, per this

21 Court's order granting the Parties' stipulation that Boeing's responsive pleading would be due 14

22 days after Agnew filed a FAC. (Dkt. #10).

23     On February 2, 2018, Boeing informed Agnew's attorneys that it was filing a motion to

24 dismiss the FAC pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6). Agnew's

25 counsel has filed a Notice of Unavailability and is unavailable to meet and confer until February

26 23, 2018 (Dkt. # 15) regarding the sufficiency of the fact allegations in the FAC. However,

STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO FAC 2:17-CV-01524-RSL- 1

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
One Market
Spear Street Tower
San Francisco, CA 94105-1596
+1.415.442.1000

1 Agnew's attorneys have indicated that Agnew is interested in meeting and conferring and could
2 be amenable to filing a Second Amended Complaint.

3    Accordingly, the Parties agree that Boeing shall have until March 5, 2018, to file its
4 responsive pleading to the FAC. If Agnew files a Second Amended Complaint, she will file it by
5 March 5, 2018 and Boeing's response shall be due 14 days after it is filed. The Parties agree that
6 Defendant does not waive any legal rights it may have, including but not limited to responding to
7 the original First Amended Complaint in any manner permitted by law.

8    IT IS SO STIPULATED.

9    DATED this 5th day of February, 2018.

10

11                              MORGAN, LEWIS & BOCKIUS LLP

12
                               By: s/*Jennifer Svanfeldt*
13                             Melinda Riechert, *pro hac vice*
                               Jennifer Svanfeldt, *pro hac vice*
14                             One Market, Spear Street Tower
                               San Francisco, CA 94105
15                             Phone: 415-442-1000
                               Fax: 415-442-1001
16                             Email: jennifer.svanfeldt@morganlewis.com

17

18                             OGLETREE, DEAKINS, NASH, SMOAK &
                               STEWART, P.C.
19

20                             *s/Laurence A. Shapero*
                               Laurence A. Shapero, WSBA # 31301
21                             800 Fifth Avenue, #4100
                               Seattle, WA 98104
22                             Phone: 206-876-5301
                               Fax: 206-693-7058
23                             Email: Laurence.shapero@ogletree.com

24                             *Attorneys for Defendant The Boeing*
                               *Company*
25

26

STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO FAC 2:17-CV-01524-RSL- 2

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
One Market
Spear Street Tower
San Francisco, CA 94105-1596
+1.415.442.1000

OWEN VANDERBRUG

*s/Vanessa M. Vanderbrug*
Vanessa M. Vanderbrug, WSBA No. 31688
James N. Owen WSBA No, 28247
1001 Fourth Avenue, Suite 3200
Seattle, WA 98154
Phone: 206-467-1400
Fax: 299-9328
Email: Vanessa@OwenVanderbrug.com
            James@OwenVanderbrug.com

*Attorneys for Plaintiff Stephanie Lloyd-Agnew*

STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO FAC 2:17-CV-01524-RSL- 3

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
One Market
Spear Street Tower
San Francisco, CA  94105-1596
+1.415.442.1000

DB2/ 32710728.1

1

## ~~[PROPOSED]~~ ORDER

2      The stipulation of the parties is hereby entered.  The due date for Boeing to file a

3   response to the First Amended Complaint is extended to March 5, 2018.  If Agnew files a

4   Second Amended Complaint, it must be filed by March 5, 2018 and Boeing's response is due 14

5   days thereafter.

6

7      IT IS SO ORDERED this ___6th___ day of February, 2018

8                                               _MNS Casnik_

9                                               The Honorable Robert S. Lasnik

10

11   Presented By:

12   MORGAN, LEWIS & BOCKIUS LLP

13

14   By: s/Jennifer Svanfeldt
     Melinda Riechert, *pro hac vice*
15   Jennifer Svanfeldt, *pro hac vice*
     One Market, Spear Street Tower
16   San Francisco, CA 94105
     Phone: 415-442-1000
17   Fax: 415-442-1001
18   Email: jennifer.svanfeldt@morganlewis.com

19
     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
20

21   s/Laurence A. Shapero
     Laurence A. Shapero, WSBA # 31301
22   800 Fifth Avenue, #4100
     Seattle, WA 98104
23   Phone: 206-876-5301
     Fax: 206-693-7058
24   Email: Laurence.shapero@ogletree.com

25   *Attorneys for Defendant The Boeing Company*

26

STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO FAC 2:17-CV-01524-RSL- 4

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
One Market
Spear Street Tower
San Francisco, CA  94105-1596
+1.415.442.1000

DB2/ 32710728.1

OWEN VANDERBRUG

1

2

*s/Vanessa M. Vanderbrug*

3  Vanessa M. Vanderbrug, WSBA No. 31688
   James N. Owen WSBA No, 28247

4  1001 Fourth Avenue, Suite 3200
   Seattle, WA 98154

5  Phone: 206-467-1400
   Fax: 299-9328

6  Email: Vanessa@OwenVanderbrug.com

7        James@OwenVanderbrug.com

8  *Attorneys for Plaintiff Stephanie Lloyd-Agnew*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO FAC 2:17-CV-01524-RSL- 5

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
One Market
Spear Street Tower
San Francisco, CA  94105-1596
+1.415.442.1000

DB2/ 32710728.1