The Honorable Robert Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHANIE LLOYD-AGNEW,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>　　　　　　　Defendant. | Case No. 2:17-CV-01524-RSL<br><br>**STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE & WITHOUT COSTS** |

STIPULATION FOR ORDER OF DISMISSAL WITH
PREJUDICE - (2:17-CV-01524-RSL) - 1

MORGAN, LEWIS & BOCKIUS LLP
1400 PAGE MILL ROAD
PALO ALTO, CA
TEL: 650-843-4000; FAX: 650-843-4001

DB2/ 33149491.1

1  **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Stephanie
2  Lloyd-Agnew and Defendant The Boeing Company (the "Parties") as follows: the Parties agree
3  pursuant to Federal Rule of Civil Procedure 41(a)(1) that this action and all of the claims set forth
4  therein shall be dismissed with prejudice. Except as otherwise agreed, the Parties shall bear their
5  own fees and costs.

| | |
|---|---|
| OWEN VANDERBRUG | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: s/ *Vanessa M. Vanderbrug*<br>Vanessa M. Vanderbrug, WSBA No. 31688<br>James N. Owen WSBA No, 28247<br>1001 Fourth Avenue, Suite 3200<br>Seattle, WA 98154<br>Phone: 206-467-1400<br>Fax: 299-9328<br>Email: Vanessa@OwenVanderbrug.com<br>      James@OwenVanderbrug.com<br><br>Attorneys for Plaintiff Stephanie Lloyd-Agnew | By s/ *Laurence A. Shapero*<br>Laurence A. Shapero, WSBA #31301<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>Phone: 206-876-5301<br>Fax: 206-693-7058<br>Email: laurence.shapero@ogletree.com<br><br>By s/ *Melinda S. Reichert*<br>MORGAN, LEWIS & BOCKIUS LLP<br>Melinda S. Riechert (*pro hac vice*)<br>1400 Page Mill Road<br>Palo Alto, CA 94304<br>Phone: 650-843-7530<br>melinda.riechert@morganlewis.com<br><br>Attorneys for Defendant The Boeing Company |

STIPULATION FOR ORDER OF DISMISSAL WITH
PREJUDICE - (2:17-CV-01524-RSL) - 2

MORGAN, LEWIS & BOCKIUS LLP
1400 PAGE MILL ROAD
PALO ALTO, CA
TEL: 650-843-4000; FAX: 650-843-4001

DB2/ 33149491.1

## ~~PROPOSED~~ ORDER

Pursuant to the stipulation of the parties as set forth above, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE with the Parties to bear their own attorneys' fees and costs unless otherwise agreed.

IT IS SO ORDERED this 19th day of April, 2018.

_____
United States District Court Robert S. Lasnik

STIPULATION FOR ORDER OF DISMISSAL WITH
PREJUDICE - (2:17-CV-01524-RSL) - 3

MORGAN, LEWIS & BOCKIUS LLP
1400 PAGE MILL ROAD
PALO ALTO, CA
TEL: 650-843-4000; FAX: 650-843-4001

DB2/ 33149491.1